IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3001-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SANTIAGO LOPEZ-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

I conferred with counsel this afternoon at their request via the telephone. In essence, defense counsel stated that he needed a continuance to interview an important witness because information had come to light that counsel had not anticipated. The government did not object, and indeed, I agree that a continuance is necessary in fairness to the defendant. Accordingly,

IT IS ORDERED that:

(1) Defense counsel's oral motion to continue trial is granted.

(2) The trial of this matter is continued until further order of the court.

(3) This matter is referred to Magistrate Judge Piester for rescheduling trial.

(4) The time between today's date and the new trial date is excluded from computation under the Speedy Trial Act in the interests of justice. See 18 U.S.C. § 3161.

July 17, 2008.                                             BY THE COURT:
                                                           s/ *Richard G. Kopf*
                                                           United States District Judge