IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTIAGO LOPEZ-MENDOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for a local psychological evaluation, filing 86, is granted, and defendant's counsel is authorized to incur up to $1,000.00 for the evaluation and report.

Dated September 9, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge