IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SANTIAGO LOPEZ-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held. On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Lopez-Mendoza's **two-hour** evidentiary hearing and sentencing are continued to Friday, February 27, 2009, to commence at 12:00 noon until 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 13, 2009.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge