IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTIAGO LOPEZ-MENDOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend brief deadline (filing 139) is granted. The defendant shall file his sentencing brief on or before April 20, 2009.

DATED this 15th day of April, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge