IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3001 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| SANTIAGO LOPEZ-MENDOZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to extend brief deadline (filing 139) is granted.

(2)     Each side may submit initial briefs regarding any issue they care to brief and such initial briefs shall be filed no later than the close of business on April 20, 2009.  Reply briefs may be submitted by either party no later than the close of business on April 27, 2009. All briefs shall be filed.

(3)     Sentencing is rescheduled for one hour to Tuesday, May 12, 2009, commencing at 12:30 p.m.  At that time, each lawyer will be given a total of 15 minutes to make their arguments.  After that, the court will proceed to rule on the objections and impose a sentence.

DATED this 15th day of April, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge